UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
OFFICE OF THE CLERK

Ann Thompson  
Court Executive

Reply To: Charles Evans Whittaker Courthouse  
400 E. 9th Street  
Kansas City, MO 64106

February 16, 2011

United States District Court  
  Eastern District of Missouri  
Office of the Clerk  
Thomas F. Eagleton Courthouse  
111 South 10th Street, Suite 3.300  
St. Louis, MO 63102

     In Re: USA v. Jagadish D. Patel  
         Our Case No. 09-00219-01-CR-W-FJG  
         Your Case No. 11-CR-25-JCH

Dear Clerk:

     Enclosed you will find certified copies of the following for the Transfer of Probation Jurisdiction:

     1. Docket Sheet  
     2. Indictment  
     3. Judgment & Commitment  
     4. Probation Form 22

     Please sign the copy of this letter and return it to the Western District Missouri Clerk's Office in the enclosed envelope.

                         Sincerely,

                         Ann Thompson  
                         by **COPY**  
                         Terri L. Gross, Deputy Clerk

Enc.

Signature of the receiving court: _C. Abrams_